# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA ROBINSON, on behalf of themselves and all other similarly situated consumers<br>*Plaintiff*<br><br>v.<br><br>ENHANCED RECOVERY COMPANY d/b/a ERC<br>*Defendant* | CIVIL ACTION<br><br>NO. 18-441 |

# ORDER

**AND NOW**, this 10th day of June 2019, upon consideration of the *motion for class certification* filed by Plaintiff Joshua Robinson pursuant to Federal Rule of Civil Procedure 23, [ECF 36], Defendant's opposition thereto, [ECF 39], Plaintiff's reply, [ECF 46], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**. This action is hereby certified as a class action pursuant to Federal Rule of Civil Procedure 23, on behalf of the following class:

> All consumers with a Pennsylvania address that paid a convenience fee by phone to Defendant for payments for personal, household, or family debts originating with Comcast Cable Communications within one year prior to the filing of the complaint.

It is further **ORDERED** that Plaintiff Joshua Robinson is hereby designated as the representative of the class, and Daniel Zemel and Nicholas Linker of the law firm Zemel Law LLC shall serve as class counsel. Plaintiff shall submit to the Court a proposed form of notice to the Class within thirty (30) days following entry of this Order.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*