# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA ROBINSON, on behalf of themselves and all other similarly situated consumers,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ENHANCED RECOVERY COMPANY d/b/a ERC,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-441 |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND REPRESENTATIVE'S AWARD

Plaintiff, Joshua Robinson ("Robinson") hereby moves for attorney's fees, costs, and disbursements in the amount of $72,000; class representative award of $3,000, and such other relief as the Court deems proper, for the reasons set forth in the accompanying memorandum of law and declaration and exhibit in support.

Defendant does not oppose the instant Motion.

Dated: May 27, 2020

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Daniel Zemel*
　　　　　　　　　　　　　　　　　　　　　　　　Daniel Zemel, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Nicholas Linker, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Zemel Law LLC
　　　　　　　　　　　　　　　　　　　　　　　　1373 Broad St., Suite 203-C
　　　　　　　　　　　　　　　　　　　　　　　　Clifton, NJ 07013
　　　　　　　　　　　　　　　　　　　　　　　　(P) (862) 227-3106
　　　　　　　　　　　　　　　　　　　　　　　　dz@zemellawllc.com
　　　　　　　　　　　　　　　　　　　　　　　　nl@zemellawllc.com
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and the class

## CERTIFICATE OF SERVICE

    I hereby certify that this document and attached exhibits were duly served on all counsel of record via the Court's e-filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.
