# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA ROBINSON,** on behalf of himself and all others similarly situated<br>    *Plaintiff*<br><br>    v.<br><br>**ENHANCED RECOVERY COMPANY d/b/a/ ERC**<br>    *Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 18-441** |

## ORDER APPROVING ATTORNEY'S FEES

**AND NOW**, this 16th day of September 2020, upon consideration of Plaintiff's *unopposed motion attorney's fees and representative's award*,[1] [ECF 94], and the parties' arguments at the Fairness Hearing held on August 12, 2020, and for the reasons set forth in the Memorandum Opinion issued this same day, is it hereby **ORDERED** that the motion is **GRANTED**, as follows:

1. Class Counsel's request for an award of $72,000 in attorney's fees is **APPROVED**, as it is reasonable, appropriate, and consistent with applicable law; and

2. Plaintiff's request for a class representative incentive award of $3,000 to Joshua Robinson is **APPROVED,** as it is reasonable, appropriate, and consistent with applicable law.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In its motion for final approval of class action settlement, [ECF 95], Defendant represented that it "does not object to the counsel fee award of $72,000 (inclusive of Class Administration fees paid to the date of the settlement agreement, as set forth in Plaintiff's Fee Motion and the prior agreement of the parties) and an individual representative award of $3,000[,]" and it "will not file a separate Fee Motion and does not intend to provide a response to the Fee Motion unless expressly directed to do so by the Court."